2 A.3d 1200

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Ron ANGLE, Appellant.**

Supreme Court of Pennsylvania.

July 28, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 28th day of July, 2010, probable jurisdiction in this appeal is noted. It is hereby ordered that the Commonwealth's Motion to Dismiss Pursuant to Pa.R.A.P.

1972(a)(4) is granted, and that this appeal is dismissed as moot. *See In re Gross,* 476 Pa. 203, 382 A.2d 116 (1978).